IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **LAWRENCE E. DIXON, #1751862,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:15-CV-2448-L-BK** |
| § | |
| **DR. MUHAMMAD E. ZEEM, et al.,** § | |
| § | |
| Defendants. § | |

## ORDER

Before the court is Plaintiff Lawrence E. Dixon's ("Plaintiff") *pro se* Complaint filed July 6, 2015. This case was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on August 3, 2015, recommending that the court summarily dismiss this actions as frivolous and duplicative. No objections were filed.

After reviewing the pleadings, file, record in this case, and Report, the court determines that the findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses** this action **with prejudice**.

The court prospectively **certifies** that any appeal of this action regarding the matters set forth in this order would not be taken in good faith and **denies** a certificate of appealability. *See* 28 U.S.C. § 1915(a)(3). In support of this finding, the court **adopts and incorporates** by reference the Report. *See Baugh v. Taylor*, 117 F.3d 197, 202 n.21 (5th Cir. 1997). Based on the Report, the court finds that any appeal of this action would present no legal point of arguable merit and would therefore be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).

**It is so ordered** this 22nd day of September, 2015.

                                              Sam A. Lindsay
                                          United States District Judge